UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
X----------------------------------------------------------------X          ECF CASE
ADEL HUSSAIN, on behlf of himself and
others similarly situated in the proposed
FLSA Collective Action,
                         Plaintiffs,
                                                                 Civil Action No.
                                                                 22 Civ. 04718  (CBA)(JRC)
          -against-
                                                                 **RULE 7.1 STATEMENT**

AVENUE J. FLOREST, and LOUIE CONSTANTINO,
                         Defendants.
----------------------------------------------------------------X

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel of record of Defendant, Avenue J. Florist, LLC a private (non-governmental) party, certifies that Defendant, Avenue J. Florist, LLC is not a subsidiary of any other corporation nor does any publicly held corporation owning 10% or more of its stock.

Dated:  Spring Valley, New York
       September 12, 2022

                          Bernard Weinreb, Esq.
                          Attorney for Defendants
                          2 Perlman Drive – Suite 310
                          Spring Valley, New York 10977
                          (845) 369-1019
                          Email:  boruchw@cs.com