## BERNARD WEINREB

### ATTORNEY AT LAW

Tel (845) 369-1019
Fax (845) 369-3973
Email: boruchw@cs.com

2 PERLMAN DRIVE
SUITE 310
SPRING VALLEY, NY 10977

October 28, 2022

Honorable James R. Cho
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Adel Hussain v. Avenue J Florist LLC, et al
22 cv 4718 (CBA)

Dear Judge Cho:

I am the attorney for the Defendants in this action.

On September 28, 2022, Your Honor issued a Mediation Referral Order (Docket No. 14) with respect to this case, pursuant to which the parties were required to exchange limited discovery by today, October 28, 2022.

I am respectfully requesting a two week extension to November 11, 2022 to provide what is required of Defendants. This is my first request for extension. My adversary, Jason Mizrahi, Esq. consents to my request.

Thank you for your consideration.

Respectfully,

Bernard Weinreb

Cc: Jason Mizrahi, Esq