# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____

420 Lexington Avenue • Suite 2525 • New York, New York 10170
T: 212.792-0046 • E: Jason@levinepstein.com

October 27, 2022

*<u>Via Electronic Filing</u>*
The Honorable James R. Cho, U.S.M.J.
U.S. District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Hussain v. Avenue J Florest LLC et al*
        <u>Case No.: 1:22-cv-04718-CBA-JRC</u>

Dear Honorable Magistrate Judge Cho:

  This law firm is counsel to Plaintiff Adel Hussain (the "Plaintiff") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rules A(1) and the directives contained in Your Honor's September 28, 2022 Order, this joint letter respectfully serves as a status letter in the above-referenced action.

  The parties settlement discussions, thus far, were unsuccessful.

  Thank you, in advance, for your time and consideration.

            Respectfully submitted,

            LEVIN-EPSTEIN & ASSOCIATES, P.C.

            By: */s/ Jason Mizrahi*
              Jason Mizrahi
              60 East 42nd Street, Suite 4700
              New York, NY 10165
              Tel. No.: (212) 792-0048
              Email: Jason@levinepstein.com
              *Attorneys for Plaintiff*

VIA ECF: All Counsel