# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2525 • New York, New York 10170
T: 212.792-0046 • E: Jason@levinepstein.com

December 8, 2022

<u>*Via Electronic Filing*</u>
The Honorable James R. Cho, U.S.M.J.
U.S. District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      *Re*: *Hussain v. Avenue J Florest LLC et al*
        <u>Case No.: 1:22-cv-04718-CBA-JRC</u>

Dear Honorable Magistrate Judge Cho:

 This law firm is counsel to Plaintiff Adel Hussain (the "Plaintiff") in the above-referenced matter.

 Pursuant to Your Honor's Individual Motion Practice Rules A(1) and the directives contained in Your Honor's November 30, 2022 Order, this joint letter respectfully serves as a status letter in the above-referenced action. The parties wish to apologize for the slight delay in the filing of the instant letter.

 The parties have scheduled a mediation with mediator Michael Levy for December 26, 2022.

 Thank you, in advance, for your time and consideration.

            Respectfully submitted,

            LEVIN-EPSTEIN & ASSOCIATES, P.C.

            By: <u>*/s/ Jason Mizrahi*</u>
              Jason Mizrahi
              60 East 42nd Street, Suite 4700
              New York, NY 10165
              Tel. No.: (212) 792-0048
              Email: Jason@levinepstein.com
              *Attorneys for Plaintiff*

VIA ECF: All Counsel