_____BERNARD WEINREB_____

| Tel (845) 369-1019 | ATTORNEY AT LAW | 2 PERLMAN DRIVE |
|---|---|---|
| Fax (845) 369-3973 | | SUITE 310 |
| Email: boruchw@cs.com | | SPRING VALLEY, NY 10977 |

March 14, 2024

Honorable James R. Cho
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:  Adel Hussain v. Avenue J Florist LLC, et al
          22 cv 4718 (CBA)_____

Dear Judge Cho:

     In yesterday morning's status conference before Your Honor, I overlooked the fact that I requested certain documents during the deposition of Plaintiff that I have so far not received.  A list of the documents I requested is attached hereto.  (This list was set forth on page 63 of the deposition transcript.

     Accordingly, I respectfully request that Plaintiff produce these requested items, although the period to take additional discovery is over.  Thank you.

                           Respectfully,

                           Bernard Weinreb

Cc:  Jason Mizrahi, Esq

1

2                          I N D E X

3   WITNESS                                           PAGE

4   ADEL HUSSAIN

5   Examination by:

6   Mr. Weinreb                              4

7                          o0o

8          DOCUMENTS AND INFORMATION REQUESTED

9   DESCRIPTION                                   PAGE

10  1099s that Mr. Hussain received from Uber or Lyft    14
    for the years 2018 and 2019

11
    Medical records relating to plaintiff's injury       19

12
    Copy of plaintiff's passport                         47

13
    Phone number of Nasir Amin                           56

14
    Phone number and address for Tehmoor Malik           57

15

16

17

18

19

20

21

22

23

24

25