## BERNARD WEINREB
### ATTORNEY AT LAW

Tel (845) 369-1019
Fax (845) 369-3973
Email: boruchw@cs.com

2 PERLMAN DRIVE
SUITE 310
SPRING VALLEY, NY 10977

April 14, 2024

Honorable James R. Cho
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Adel Hussain v. Avenue J Florist LLC, et al
    22 cv 4718 (CBA)

Dear Judge Cho:

  I am the attorney for the Defendants in this action. I am writing to advise the Court that the Plaintiff has, to date, not produced the discovery that Your Honor directed him to produce by April 5, 2024. (See Docket Entry dated March 23, 2024). I am seeking that the Court compel Plaintiff to comply with that Order.

  Further, today I efiled a letter to Judge Amon in which I again requested that I be permitted to file a motion for summary judgment. I also requested that, if the Judge grants my motion, the deadline for filing the joint pretrial order, which is currently May 25, 2024, should be adjourned.

  Thank you for your assistance.

               Respectfully,

               Bernard Weinreb

Cc: Jason Mizrahi, Esq